PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 AUG -5  AM 10: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. MIRANDA TUGGLE**                                      Docket No.  **2:04CR20112-03**

### Petition on Probation and Supervised Release

       **COMES NOW** ___NICOLE D. PETERSON___ , **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of ___Miranda Tuggle___ who was placed on supervision by the Honorable ___Jon Phipps McCalla___ sitting in the Court at ___Memphis, TN___ , on the 4th day of November , 2004, who fixed the period of supervision at ___three (3) years___ , and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.    The defendant shall participate in mental health/drug treatment as directed by the Probation Office.

    (*Added by Amendment April 6, 2005.)

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
**(If short insert here; if lengthy write on separate sheet and attach)**

### SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** that a **SUMMONS** be issued for Miranda Tuggle to appear before the Court to answer charges of Probation violation.

### ORDER OF COURT

Considered and ordered this _4_ day
of _Aug_ , 20_05_ , and ordered filed
and made a part of the records in the above
case.

_____
United States District Judge

I declare under penalty of perjury that the
Foregoing is true and correct

Executed
on _____ July 26, 2004 _____

_____
U. S. Probation Officer

Place _____ MEMPHIS TN _____

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-5-05_

252

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant has violated the following conditions of her Probation**:

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance.**

On at least five occasions, Ms. Tuggle has failed to submit to or report for drug testing as directed.

On March 29, 2005, Ms. Tuggle signed an admission indicating that she had smoked marijuana laced with cocaine approximately three weeks prior.

Ms. Tuggle tested positive for cocaine on January 29, March 29,  and April 21, 2005.

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five (5) days of the month.**

On at least nine occasions, Ms. Tuggle failed to submit Monthly Report Form within the first five (5) days of the month.

**The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

On at least nine occasions, Ms. Tuggle has been instructed to report for numerous office visits and failed to do so.

**The defendant shall participate in mental health/drug treatment as directed by the probation office.**

On June 8, 2005, Ms. Tuggle was discharged from drug treatment with Dr. Janet Scott for not attending individual sessions, not providing drug screens, for continued drug use, and for not coming to her sessions on time.

# VIOLATION WORKSHEET

1. **Defendant**   Miranda Tuggle, 660 Benham, Memphis, TN 38127

2. **Docket Number (Year-Sequence-Defendant No.)**   2:04CR20112-03

3. **District/Office**   Western District of Tennessee

4. **Original Sentence Date**   11 / 8 / 2004
   month   day   year

5. **Original District/Office**

6. **Original Docket Number (Year-Sequence-Defendant No.)**

7. **List each violation and determine the applicable grade {see §7B1.1}:**

| Violation{s} | Grade |
|---|---|
| Drug use/failure to submit to urinalysis as directed | C |
| Failure to submit monthly report forms as directed. | C |
| Failure to report to USPO as directed | C |
| Failure to participate in drug treatment as directed | C |

8. **Most Serious Grade of Violation (see §7B1.1(b))**   C

9. **Criminal History Category (see §7B1.4(a))74**   I

10. **Range of imprisonment (see §7B1.4(a))**   3-9 months
    **Statutory Maximum:   120 months**

11. **Sentencing Options for Grade B and C Violations Only (Check the appropriate box):**

    {x}   (a)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3©)(1) provides sentencing options to imprisonment.

    { }   (b)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3©)(2) provides sentencing options to imprisonment.

    { }   ©)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

DEFENDANT: Miranda Tuggle

12. **Unsatisfied Conditions of Original Sentence**

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

Restitution ($) _____     Community Confinement _____

Fine ($) _____     Home Detention _____

Other _____     Intermittent Confinement _____

13. **Supervised Release**

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3{see §§7B1.3(g)(1)}.

Term: _____ to _____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment: _____

14. **Departure**

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

15. **Official Detention Adjustment {see §7B1.3(e)}:** _____ months _____ days

**Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W. Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 252 in case 2:04-CR-20112 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bruce I. Griffey
THE HARDISON LAW FIRM- Memphis
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT