# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY ___ D.C.

05 SEP 29 PM 4: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA
        Plaintiff,

VS.                                                    Case Number 2:04CR20112-03-M1

MIRANDA TUGGLE
        Defendant.

### JUDGMENT AND COMMITMENT ORDER
### ON REVOCATION OF PROBATION
**(For Offenses Committed On or After November 1, 1987)**

The defendant, Miranda Tuggle, was represented by Clifton Harviel, Esq.

It appearing that the defendant, who was convicted on November 4, 2004 in the above styled cause and was placed on Probation for a period of three (3) years, has violated the terms of Probation.

It is hereby ORDERED and ADJUDGED that the Probation of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of nine (9) months.

It is recommended to the Bureau of Prisons that the defendant be allowed to participate in a drug rehabilitation treatment program while incarcerated.

FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

The defendant is ordered to report to the United States Marshal's Office, 167 North Main Street, 10th Floor, Memphis, TN 38103, on Wednesday, October 5, 2005 by noon in order to begin serving sentence.

Signed this the _____ 29 _____ day of September, 2005.


JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE


Defendant's SS No.: 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
Defendant's Date of Birth: 04/08/1957
U.S. Marshal No.: 19538-076
Defendant's Mailing Address: 630 Benham Avenue, Memphis, TN 38127

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-3-05

263

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 263 in case 2:04-CR-20112 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT